UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Shelley Wayne Martin**　　　　　　　　　　　　　　　　**Docket No. 5:25-CR-95-1M**

### Petition for Action on Supervised Release

COMES NOW Andrew B. Medley, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Shelley Wayne Martin, who, upon a finding of guilt by jury to Racketeering Conspiracy, in violation of 18 U.S.C § 1962(d), and Conspiracy to Distribute and Possess with Intent to Distribute Drugs, in violation of 21 U.S.C. § 846, was sentenced by the Honorable Andre M. Davis, United States District Judge for the District of Maryland on March 27, 2009, to the custody of the Bureau of Prisons for a term of 400 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. An amended judgment was imposed on July 27, 2021, by the Honorable Richard D. Bennett, United States District Judge for the District of Maryland, in which the imprisonment term was reduced to 300 months with credit for time served.

Shelley Wayne Martin was released from custody on April 4, 2025, at which time the term of supervised release commenced in the Eastern District of North Carolina.

Transfer of Jurisdiction to the Eastern District of North Carolina was accepted on April 22, 2025, by Chief United States District Judge Richard E. Myers II.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On April 8, 2025, the defendant tested positive for marijuana use. He admitted to using marijuana prior to the start of his supervision term. The defendant has expressed his willingness to participate in both mental health and substance abuse treatment services.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Shelley Wayne Martin
Docket No. 5:25-CR-95-1M
Petition For Action
Page 2

Reviewed and approved,

/s/ Melissa K. Lunsmann
Melissa K. Lunsmann
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Andrew B. Medley
Andrew B. Medley
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 984-212-1689
Executed On: April 25, 2025

## ORDER OF THE COURT

Considered and ordered this 28th day of April, 2025, and ordered filed and made a part of the records in the above case.

Richard E Myers II